AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

J. BENJAMIN ODOMS,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER:  **3:13-cv-00181-RCJ-WGC**

NDOC UTILIZATION REVIEW PANEL,
et al.,

      Defendants.

\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE.**

  October 16, 2013                        **LANCE S. WILSON**
                                                         Clerk

                                                /s/ D. R. Morgan
                                                   Deputy Clerk